IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MONTE CASTELLANO | ) | 3:01CR30042 |
| | ) | |
| JOSEPH D. CASTELLANO and | ) | 3:01CR30073 |
| THE JOSEPH DANIEL COMPANY | ) | |
| Defendant. | ) | |

## **ORDER**

Upon motion of the United States of America, and for good cause shown, it is hereby **ORDERED** that P. K. Johnson IV is substituted as restitution payee for James E. Sodam. Furthermore, all restitution payments, including any currently held by the Court, will be made payable to P. K. Johnson IV.

DATED: August 25, 2010

/s/   *David R Herndon*
Honorable DAVID R. HERNDON
United States District Judge